IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUSTIN E. FAIRFAX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CBS CORPORATION and CBS BROADCASTING INC.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01176 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
BY DEFENDANTS CBS CORPORATION AND CBS BROADCASTING INC.**

　　Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants CBS Corporation and CBS Broadcasting Inc. declare that CBS Broadcasting Inc. is a wholly owned, indirect subsidiary of CBS Corporation.  CBS Corporation is a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS Corporation.  CBS Corporation is not aware of any publicly held corporation owning 10% of more of its total common stock, *i.e.*, Class A and Class B on a combined basis.

Dated:  October 3, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　　　　　　　　By  */s/ Matthew E. Kelley*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Matthew E. Kelley, Va. Bar No. 84045
　　　　　　　　　　　　　　　　　　　　　　　　　Jay Ward Brown, Va. Bar No. 34355
　　　　　　　　　　　　　　　　　　　　　　　1909 K Street NW, 12th Floor
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20006-1157
　　　　　　　　　　　　　　　　　　　　　　　Phone: 202-661-2200
　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-661-2299

kelleym@ballardspahr.com
brownjay@ballardspahr.com

*Counsel for Defendants CBS Corporation
and CBS Broadcasting Inc.*

**CERTIFICATE OF SERVICE**

I certify that on October 3 2019, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement by Defendants CBS Corporation and CBS Broadcasting Inc. to be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

    */s/ Matthew E. Kelley*
Matthew E. Kelley, Va. Bar No. 84045
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Phone: 202-661-2200
Fax: 202-661-2299
kelleym@ballardspahr.com

*Counsel for Defendants CBS Corporation and CBS Broadcasting Inc.*