# **<u>Exhibit O</u>**

**CD to be filed with Clerk upon approval of Motion for Leave to File Audiovisual Exhibits.**