IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUSTIN E. FAIRFAX, <br><br> Plaintiff, <br><br> v. <br><br> CBS CORPORATION and CBS BROADCASTING INC., <br><br> Defendants. | Case No. 1:19-cv-01176-AJT-MSN |

**NOTICE OF WAIVER OF ORAL ARGUMENT ON
MOTION FOR LEAVE TO FILE AUDIOVISUAL EXHIBITS**

PLEASE TAKE NOTICE that Defendants CBS Corporation and CBS Broadcasting Inc., by and through their undersigned counsel, hereby waives oral argument on its Motion for Leave to File Audiovisual Exhibits.

PLEASE TAKE FURTHER NOTICE that Plaintiff Justin E. Fairfax has not consented to the Motion for Leave to File Audiovisual Exhibits.

Dated: November 1, 2019

                                                 */s/ Matthew E. Kelley*
                                                 Matthew E. Kelley, Va. Bar No. 84045
                                                 Jay Ward Brown, Va. Bar No. 34355
                                                 Ballard Spahr LLP
                                                 1909 K Street NW, 12th Floor
                                                 Washington, DC 20006
                                                 Tel: (202) 508-1112
                                                 Fax: (202) 661-2299
                                                 kelleym@ballardspahr.com
                                                 brownjay@ballardspahr.com

                                                 *Counsel for Defendants CBS Corporation*
                                                 *and CBS Broadcasting Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st of November, 2019, I caused a copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

      /s/ Matthew E. Kelley
Matthew E. Kelley, Va. Bar No. 84045
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1112
Fax: (202) 661-2299
kelleym@ballardspahr.com

*Counsel for Defendants CBS Corporation and CBS Broadcasting Inc.*