**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JUSTIN E. FAIRFAX,<br><br>            Plaintiff,<br>   v.<br><br>CBS CORPORATION and CBS BROADCASTING INC.,<br><br>            Defendants. | Case No. 1:19-cv-01176-AJT-MSN |

**NOTICE OF WAIVER OF ORAL ARGUMENT ON DEFENDANTS'
UNOPPOSED MOTION TO POSTPONE RULE 16 CONFERENCE UNTIL AFTER THE
FORTHCOMING HEARING ON DEFENDANTS' MOTION TO DISMISS**

      PLEASE TAKE NOTICE that Defendants CBS Corporation and CBS Broadcasting Inc., by and through their undersigned counsel, hereby waive oral argument on their Unopposed Motion to Postpone Rule 16 Conference Until After the Forthcoming Hearing on Defendants' Motion to Dismiss, Dkt. 26.

      PLEASE TAKE FURTHER NOTICE that Plaintiff Justin E. Fairfax does not oppose the relief sought in the Motion.

Dated: November 6, 2019

                                                                             /s/ Matthew E. Kelley
                                                           Matthew E. Kelley, Va. Bar No. 84045
                                                           Jay Ward Brown, Va. Bar No. 34355
                                                           Ballard Spahr LLP
                                                           1909 K Street NW, 12th Floor
                                                           Washington, DC 20006
                                                          Tel: (202) 508-1112
                                                           Fax: (202) 661-2299
                                                          kelleym@ballardspahr.com
                                                          brownjay@ballardspahr.com

                                                         *Counsel for Defendants CBS Corporation and CBS Broadcasting Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2019, I caused a copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

    /s/ Matthew E. Kelley
Matthew E. Kelley, Va. Bar No. 84045
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1112
Fax: (202) 661-2299
kelleym@ballardspahr.com

*Counsel for Defendants CBS Corporation and CBS Broadcasting Inc.*