# Ballard Spahr
LLP

---

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Matthew E. Kelley
Tel: 202.508.1112
Fax: 202.661.2299
kelleym@ballardspahr.com



RECEIVED MAILROOM
NOV 14
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

November 13, 2019

**VIA FEDERAL EXPRESS**

Clerk of the U.S. District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re:    *Fairfax v. CBS Corporation, et al.*, No. 1:19-cv-1176-AJT-MSN

Dear Clerk:

Pursuant to the Court's Order of November 12, 2019 (Dkt. 29) granting Defendant's Motion for Leave to File Audiovisual Exhibits, enclosed please find two CDs: one including the audiovisual exhibits to the Kelley Declaration in support of the motion to dismiss (Dkt. 17-1) and the other including the audiovisual exhibits to the Second Kelley Declaration in support of the motion for fees (Dkt. 20-1).

Please let me know at 202-508-1112 or kelleym@ballardspahr.com if you have any questions or if I may be of further assistance.

Sincerely,

Matthew E. Kelley

Enclosures

Cc:    Counsel for Plaintiff Justin E. Fairfax