## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

JUSTIN E. FAIRFAX,

        **Plaintiff,**

        **v.**

CBS CORPORATION and CBS
BROADCASTING INC.,

        **Defendants.**

Case No. 1:19-cv-01176-AJT-MSN

### [PROPOSED] ORDER

    **AND NOW**, this ___ day of _____, 20__, upon consideration of the Consent

Motion for Leave to File Notice of Supplemental Authority, it is hereby **ORDERED** that the

Consent Motion is **GRANTED**.


        **BY THE COURT:**


_____

                              , J.