IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUSTIN E. FAIRFAX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CBS CORPORATION and CBS<br>BROADCASTING INC.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01176-AJT-MSN |

### ORDER

AND NOW, this 5 day of Dec., 2019, upon consideration of the Consent Motion for Leave to File Notice of Supplemental Authority, it is hereby **ORDERED** that the Consent Motion is **GRANTED**.

BY THE COURT:

_____
Anthony J. Trenga
United States District Judge

12/5/19
, J.