# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **12/6/2019**       Judge: **Trenga/JFA**
Time: **10:37 - 11:14**      Reporter: **LaQuicia Thomas (Casamo)**

Civil Action Number: **1:19-cv-1176**

### FAIRFAX

**V.**

### CBS CORPORATION ET AL

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Sara Kropf** | **Jay Brown** |
| **Daniel Portnov** | **Matthew Kelley** |
| **Jane Reynolds** | **Lee Levine** |
| **Kiah Spinks** | |

Motion to/for:
[16] Motion to Dismiss for Failure to State a Claim by deft.
[19] Motion for Attorneys Fees by deft.

Argued and
( ) Granted      ( ) Denied      ( ) Granted in part/Denied in part
(**X**) Taken Under Advisement      ( ) Continued to

(**X**) Order to Follow