UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Justin E. Fairfax, <br><br> Plaintiff, <br><br> v. <br><br> CBS Corporation et al., <br><br> Defendants. | Civil No. 1:19-cv-1176-AJT-MSN |

RULE 16(B) SCHEDULING ORDER

This matter comes before the Court on the parties' Rule 26(f) report (Dkt. No. 42). Having reviewed the joint discovery plan, the Fed. R. Civ. P. 16(b) Pretrial Conference scheduled for December 18, 2019 shall be stayed until further notice.

It is so ORDERED.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

December 17, 2019
Alexandria, Virginia