**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JUSTIN E. FAIRFAX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CBS CORPORATION and CBS BROADCASTING INC.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01176-AJT-MSN |

**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY
DEFENDANTS CBS CORPORATION AND CBS BROADCASTING INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants CBS Corporation and CBS Broadcasting Inc. declare the following:

1.　CBS Broadcasting Inc. is a wholly owned, indirect subsidiary of CBS Corporation.

2.　CBS Corporation is now known as ViacomCBS Inc., following the merger of Viacom Inc. with and into CBS Corporation on December 4, 2019, with CBS Corporation continuing as the surviving corporation, which has been renamed "ViacomCBS Inc." ViacomCBS is a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of ViacomCBS. ViacomCBS is not aware of any publicly held corporation owning 10% or more of its total common stock, *i.e.*, Class A and Class B on a combined basis.

Dated: December 30, 2019

    */s/ Matthew E. Kelley*
Matthew E. Kelley, Va. Bar No. 84045
Jay Ward Brown, Va. Bar No. 34355
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1112
Fax: (202) 661-2299
kelleym@ballardspahr.com
brownjay@ballardspahr.com

*Counsel for Defendants CBS Corporation and CBS Broadcasting Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2019, I caused a copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

    /s/ Matthew E. Kelley
Matthew E. Kelley, Va. Bar No. 84045
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1112
Fax: (202) 661-2299
kelleym@ballardspahr.com

*Counsel for Defendants CBS Corporation and CBS Broadcasting Inc.*