IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUSTIN FAIRFAX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-01176 (AJT/MSN) |
| ) | |
| CBS BROADCASTING INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

Presently pending before the Court are Defendants' Motion to Dismiss [Doc. 16] and Motion for Attorney's Fees [Doc. 19] (the "Motions"). It appearing to the Court that disposition of the Motions may affect the scope of discovery and other issues, it is hereby

ORDERED that all discovery in this action is stayed pending a decision on the Motions, and, to the extent necessary, the discovery deadline will be adjusted.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 28, 2020