**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Justin E Fairfax ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19cv1176 |
| ) | |
| ) | |
| CBS Corporation, et al. ) | |
| ) | |
| Defendants. ) | |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on 2/11/20 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the CBS Corporation and CBS Broadcasting Inc. and against the plaintiff Justin E Fairfax.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
    Kathy Lau
    Deputy Clerk

Dated: 2/11/20
Alexandria, Virginia