FILED: March 13, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1298 (L)
(1:19-cv-01176-AJT-MSN)

_____

JUSTIN E. FAIRFAX

    Plaintiff - Appellant

v.

CBS CORPORATION; CBS BROADCASTING INC.

    Defendants - Appellees

_____

No. 20-1299
(1:19-cv-01176-AJT-MSN)

_____

JUSTIN E. FAIRFAX

    Plaintiff - Appellee

v.

CBS CORPORATION; CBS BROADCASTING INC.
    Defendants - Appellants

_____

O R D E R

_____

The court consolidates Case No. 20-1298 and Case No. 30-1299 as cross appeals. The appellant in Case No. 20-1298 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                          For the Court--By Direction

                                          /s/ Patricia S. Connor, Clerk